DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELA MORALES<br><br>Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 1:22-cv-00008-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(ECF No. 16). |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from August 12, 2022 to September 12, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's second request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the week of August 8, 2022 and August 15, 2022, Counsel for Plaintiff has 7 merit briefs, and several letter briefs and reply briefs.

1

1    Counsel requires additional time to brief the issues thoroughly for the Court's

2    consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the

3    Defendant and Court for any inconvenience this may cause.

4

5                                    Respectfully submitted,

6    Dated: August 10, 2022          PENA & BROMBERG, ATTORNEYS AT LAW

7

8                                    By: */s/ Dolly M. Trompeter*
                                         DOLLY M. TROMPETER
9                                        Attorneys for Plaintiff

10

11

12   Dated: August 10, 2022          PHILLIP A. TALBERT
                                     United States Attorney
13                                   PETER K. THOMPSON
                                     Acting Regional Chief Counsel, Region IX
14                                   Social Security Administration

15

16                                   By:  *\*/s/ Andrea Banks*
                                         Andrea Banks
17                                       Special Assistant United States Attorney
                                         Attorneys for Defendant
18                                       (*As authorized by email on August 10, 2022)

19

20

21

22

23

24

25

26

27

28

2

1

**ORDER**

2

3       Based on the above stipulation (ECF No. 16), IT IS ORDERED that Plaintiff shall

4    file Plaintiff's opening brief no later than September 12, 2022. All other deadlines in the

5    Court's scheduling order are extended accordingly.

6    IT IS SO ORDERED.

7

8       Dated:   **August 12, 2022**            /s/ _Erica P. Grosjean_
                                          UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3