DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELA MORALES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:22-cv-00008-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(ECF No. 18) |

　　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 25-day extension of time, from September 12, 2022 to October 7, 2022, for Plaintiff to serve on defendant with Plaintiff's Opening Brief.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　　This is Plaintiff's third request for an extension of time.  Counsel for the Plaintiff returned this weekend from Texas after being out several weeks attending to an emergency with her ill father. (see attached declaration). As Counsel has just recently returned, additional time will be needed to ensure the timely filing of many merit briefs that are already on multiple extensions.

Counsel requires additional time to brief the issues on this matter thoroughly for the Court's consideration. Plaintiff makes this request in good faith with no intention to further delay this matter. Defendant does not oppose the requested extension. Counsel apologizes s to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: September 12, 2022     PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Dolly M. Trompeter*
DOLLY M. TROMPETER
Attorneys for Plaintiff

Dated: September 12, 2022     PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:  *\*/s/ Andrea Banks*
Andrea Banks
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on September 12, 2022)

**ORDER**

Based on the above stipulation (ECF No. 18), IT IS ORDERED that Plaintiff shall file Plaintiff's opening brief no later than October 7, 2022. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **September 13, 2022**          /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE