Jonathan O. Peña, Esq.
CA Bar ID No.: 278044
Peña & Bromberg, PLC
2440 Tulare St., Ste. 320
Fresno, CA 93721
Telephone: 559-439-9700
Facsimile: 559-439-9723
Email: info@jonathanpena.com
Attorney for Plaintiff, Marcela Morales

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELA MORALES, | Case No. 1:22-cv-00008-EPG |
| Plaintiff, | ORDER RE: STIPULATION FOR DISMISSAL |
| v. | (ECF No. 20). |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which provides that a plaintiff may dismiss an action without court order by filing "a stipulation of dismissal signed by all parties who have appeared".

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, that Plaintiff voluntarily dismisses the above -referenced action.  Each party agrees to bear their own attorney fees, costs, and expenses associated with the action.

//

//

//

//

//

//

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: October 5, 2022 | /s/ *Jonathan O. Peña* |
|  | JONATHAN O. PEÑA |
|  | Attorney for Plaintiff |
|  |  |
| Dated: October 5, 2022 | PHILLIP A. TALBERT |
|  | United States Attorney |
|  | MATHEW W. PILE |
|  | Associate General Counsel |
|  | Office of Program Litigation |
|  | Social Security Administration |

By:  \_\* *Andrea Lee Banks*\_
Andrea Lee Banks
Special Assistant U.S. Attorney
Attorneys for Defendant
(\*Permission to use electronic signature obtained via email on October 5, 2022)

**ORDER**

Based upon the stipulation (ECF No. 20) of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with each party to bear its own attorney fees, costs, and expenses associated with the action. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Dated:   **October 11, 2022**                              /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE